**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>        )<br>         Plaintiff, )<br>        )<br>vs.     )<br>        )<br>CAMERON LAWTON, )<br>        )<br>         Defendant. )<br>_____) | 2:11-cr-352-KJD-VCF<br><br><br>**ORDER** |

On June 20, 2013, the Federal Public Defender filed a sealed "Ex-Parte Motion to Withdraw and for Appointment of New Counsel" (#47).  Therefore, with good cause appearing;

IT IS HEREBY ORDERED that the sealed "Ex-Parte Motion to Withdraw and for Appointment of New Counsel" (#47) is granted.

IT IS FURTHER ORDERED that Todd M. Leventhal, Esq. is appointed as counsel for Cameron Lawton in place of the Federal Public Defender for all further proceedings.

IT IS FURTHER ORDERED that the Federal Public Defender shall forward the file to  Mr. Leventhal forthwith.

DATED this  25th  day of June, 2013.

Nunc Pro Tunc Date: June 24, 2013.

_____
CAM FERENBACH
United States Magistrate Judge