
# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,  )
   )
     Plaintiff,  )
   )
v.  )  2:11-CR-352-KJD-(VCF)
   )
CAMERON LAWTON,  )
   )
     Defendant.  )

## PRELIMINARY ORDER OF FORFEITURE

This Court finds that on November 12, 2013, defendant CAMERON LAWTON pled guilty to Count Two of a Two-Count Criminal Indictment charging him with Possession of Child Pornography in violation of Title 18, United States Code, Section 2252A(a)(5)(B). Indictment, ECF No. 1; Bill of Particulars, ECF No. 32, Plea Agreement, ECF No. 55; Change of Plea, ECF No. 54.

This Court finds defendant CAMERON LAWTON agreed to the forfeiture of the property set forth in the Plea Agreement, Bill of Particulars, and the Forfeiture Allegation of the Criminal Indictment. Indictment, ECF No. 1; Bill of Particulars, ECF No. 32; Plea Agreement, ECF No. 55; Change of Plea, ECF No. 54.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Plea Agreement, Bill of Particulars and the Forfeiture Allegation of the Criminal Indictment and the offense to which defendant CAMERON LAWTON pled guilty.

. . .

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Sections 2253(a)(1) and 2253(a)(3):

1. RAID Enclosure, serial number 0710530B0437; and
2. all visual depictions described in Title 18, United States Code, Sections 2251, 2251A, 2252, and 2252A and all items containing such visual depictions, which were produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Sections 2251 and 2252A and any property, real or personal, used or intended to be used to commit or to promote the commission of such offense ("property").

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of CAMERON LAWTON in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

. . .

. . .

1  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

> Michael Humphreys
> Assistant United States Attorney
> Daniel D. Hollingsworth
> Assistant United States Attorney
> Lloyd D. George United States Courthouse
> 333 Las Vegas Boulevard South, Suite 5000
> Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this 12 day of November, 2013.

_____
UNITED STATES DISTRICT JUDGE

3

## PROOF OF SERVICE

I, Heidi L. Skillin, Forfeiture Support Associates Paralegal, certify that the following individuals were served with copies of the Preliminary Order of Forfeiture on **DATE**, 2013, by the below identified method of service:

<u>Electronic Filing</u>

Todd M Leventhal
Leventhal and Associates
600 South Third Street
Las Vegas, NV 89101
todlev@yahoo.com
Counsel for CAMERON LAWTON

/s/ Heidi L. Skillin
Heidi L. Skillin
Forfeiture Support Associates Paralegal

4