

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CAMERON LAWTON, ) <br> ) <br> Defendant. ) | 2:11-CR-352-KJD-(VCF) |

**FINAL ORDER OF FORFEITURE**

On November 14, 2013, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2) and Title 18, United States Code, Section 2253(a)(1) and 2253(a)(3) based upon the plea of guilty by defendant CAMERON LAWTON to the criminal offense, forfeiting the property set forth in the Plea Agreement, the Bill of Particulars, and the Forfeiture Allegation of the Criminal Indictment and shown by the United States to have the requisite nexus to the offense to which defendant CAMERON LAWTON pled guilty. Criminal Indictment, ECF No. 1; Bill of Particulars, ECF No. 32; Change of Plea, ECF No. 54; Plea Agreement, ECF No. 55; Preliminary Order of Forfeiture, ECF No. 57.

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from November 19, 2013, through December 18, 2013, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 58.

1  This Court finds no petition was filed herein by or on behalf of any person or entity and the
2  time for filing such petitions and claims has expired.
3  This Court finds no petitions are pending with regard to the assets named herein and the time
4  for presenting such petitions has expired.
5  THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,
6  title, and interest in the property hereinafter described is condemned, forfeited, and vested in the
7  United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.
8  32.2(c)(2); Title 18, United States Code, Section 2253(a)(1) and 2253(a)(3); and Title 21, United
9  States Code, Section 853(n)(7) and shall be disposed of according to law:
10      1. RAID Enclosure, serial number 0710530B0437; and
11      2. all visual depictions described in Title 18, United States Code, Sections 2251,
12         2251A, 2252, and 2252A and all items containing such visual depictions, which
13         were produced, transported, mailed, shipped, or received in violation of Title 18,
14         United States Code, Sections 2251 and 2252A and any property, real or personal,
15         used or intended to be used to commit or to promote the commission of such
16         offense.
17  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds,
18  including but not limited to, currency, currency equivalents, certificates of deposit, as well as any
19  income derived as a result of the United States of America's management of any property forfeited
20  herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.
21  . . .
22  . . .
23  . . .
24  . . .
25  . . .
26  . . .

1     The Clerk is hereby directed to send copies of this Order to all counsel of record and three
2 certified copies to the United States Attorney's Office.

3     DATED this 26th day of February, 2014.

*[signature]*

UNITED STATES DISTRICT JUDGE